**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R. Manning, Jr SBN #223381    Michael J Manning SBN 286879<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>  TELEPHONE NO. 949-200-8755    FAX NO. *(Optional)*: 866-843-8308<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: Plaintiff James Rutherford an individual | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Riverside
  STREET ADDRESS: 3470 12th Street
  MAILING ADDRESS: same
  CITY AND ZIP CODE: Riverside CA 92501
  BRANCH NAME: Eastern Division

PLAINTIFF/PETITIONER: James Rutherford, an individual

DEFENDANT/RESPONDENT: Rialto Buffet Inc a California corporation

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER:<br>5:19 cv 01568 KK |
|---|---|
| | Ref No. or File No.:<br>ADAA-#0142 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Certification and Notice of Interested Parties, Notice to Counsel, Statement of Consent to Proceed before a United States Magistrate Judge, Important Reminder Notice
3. a. Party served *(specify name of party as shown on documents served)*:

   Heng Lin, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   12781 Seahorse Dr Rncho Cucamonga CA 91739

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:      (2) at *(time)*:
   b. ✓ **by substituted service.** On *(date)*: 9/15/2019   at *(time)*: 6:56 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Yao Lin- Heng Lin's husband authorized to accept

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ✓ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ✓ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 9-17-19 from *(city)*: Anaheim CA   or ☐ a declaration of mailing is attached.

      (5) ✓ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2<br>
Code of Civil Procedure, § 417.10

| | |
|---|---|
| PLAINTIFF/PETITIONER: James Rutherford, an individual | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Rialto Buffet Inc a California corporation | 5:19 cv 01568-KK |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:

    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. Person who served papers
   a. Name: William Del Valle
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. The fee for service was: $ 35.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: 1822
         (iii) County: Riverside

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/18/2019

William Del Valle
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

## UNITED STATES DISTRICT COURT OF CALIFORNIA

### EASTERN DIVISION

James Rutherford, an individual

    PLAINTIFF(S)

vs

Rialto Buffet Inc a California corporation

Et al

    DEFENDANT(S)

CASE NUMBER

5:19 cv 01568

DECLARATION OF DUE DILIGENCE

I served Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Notice to Counsel, Statement of Consent to Proceed before a United States Magistrate Judge Important Reminder Notice

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b) Heng Lin, an individual

By leaving with a person at least 18 years of age: Yao Lin- Heng Lin's husband authorized to accept

Date: 9/15/2019    Time: 6:56 PM

Address and City where served: 12781 Seahorse Dr Rncho Cucamonga CA 91739

On 9/17/2019 mailed a copy from Anaheim CA to the above address by first class mail postage fully prepaid. The substitute service was made only after making the following attempts to serve the defendant(s) personally.

### CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS:

| Date | Time | Notes |
|---|---|---|
| 9/12/2019 | 8:10 PM | Not answer/ Gated community |
| 9/13/2019 | 7:20 AM | No answer |
| 9/15/2019 | 6:56 PM | Documents left with : Yao Lin- Heng Lin husband authorized to accept |

t

Executed on 9/18/2019 at ANAHEIM, CA

SIGNATURE

William Del Valle / R.T.O.T. Inc.
PSC#1822/Riverside COUNTY
2390 E ORANGEWOOD AVE #530. ANAHEIM, CA 92806
(949) 305-9108