UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 19-1568-GW-SPx | Date | April 17, 2020 |
|---|---|---|---|
| Title | *James Rutherford v. Rialto Buffet Inc., et al* | | |

| Present: The Honorable | GEORGE H. WU, United States District Judge |
|---|---|

| Javier Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS):  **ORDER TO SHOW CAUSE RE LOCAL RULE 55-1**

On August 21, 2019, Plaintiff James Rutherford sued Defendants Rialto Buffet Inc., Yao Lin, Heng Lin, and Does 1-10 for: (1) violations of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12181 *et seq.*, and (2) violations of the Unruh Civil Rights Act, California Civil Code § 51 *et seq. See* Complaint, Docket No. 1.  Before the Court is Plaintiff's motion for a default judgment against Defendants.  *See* Application for Default Judgment Against Defendant Defendants ("MDJ"), Docket No. 19.

Under Local Rule 55-1, a party requesting default judgment must provide a declaration showing the following: (1) when and against what party the default was entered; (2) identification of the pleading to which default was entered; (3) whether the defaulting party is an infant or incompetent person; (4) that the parties in default are not in military service – such that the Servicemembers Civil Relief Act does not apply; and (5) that notice has been served on the defaulting party, if required by Federal Rule of Civil Procedure 55(b)(2). *See* C.D. Cal. L.R. 55-1; *see also Philip Morris USA, Inc. v. Castworld Prods., Inc.*, 219 F.R.D. 494, 498 (C.D. Cal. 2003).

Plaintiff has not satisfied the requirements of Local Rule 55-1.  Plaintiff has not provided a declaration indicating that Defendants are not infants or incompetent persons, as required by the third element of Local Rule 55-1.  The Court cannot proceed with the motion for default judgment without such assurance.

The Court orders Plaintiff to respond to the foregoing in writing no later than April 24, 2020.