JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RIALTO BUFFET INC., a California corporation; YAO LIN, an individual; HENG LIN; an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: EDCV 19-1568-GW-SPx<br><br>Default Judgment |

Proposed JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor against Defendants RIALTO BUFFET INC., a California corporation; YAO LIN, an individual, and HENG LIN, an individual ("Defendants") for Defendants' violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendants provide an ADA compliant premises located at 201 East Baseline Road, Rialto, CA 92376 that is readily achievable.

(2) Attorneys' fees in the amount of $3,307.25 and costs in the amount of $538.00 for a total amount of $3,845.25.

DATED: August 4, 2020

_____
HON. GEORGE H. WU,
**United States District Judge**